✎ GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   4:14-CR-00007-003 (CDL) |
| **BRADFORD HARDEN** | |

On March 31, 2023, Bradford Harden's term of supervised release period of 5-years commenced. Harden has complied with the rules and regulations of supervised release, he has met the criteria for early termination as outlined in the *Guide to Judicial Policy*; Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts, and he is no longer in need of supervision. Accordingly, it is recommended Bradford Harden be discharged from supervision.

Respectfully submitted,

Stephen L. Parker, Jr.
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ____25th____ day of ____October____, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA